**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **DARRIN RUSSELL and RANDI RUSSELL,** | § § | |
| *Plaintiffs,* | § | |
| | § | **MO:23-CV-200-RCG** |
| **v.** | § | |
| | § | |
| **GENERAL MOTORS, LLC,** | § | |
| *Defendant.* | § | |

## ORDER ADMINISTRATIVELY CLOSING CASE AND CANCELLING TRIAL

BEFORE THE COURT is the Parties' Notice of Settlement filed May 31, 2024. (Doc. 19). This case is before the Court pursuant to the consent of the parties in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. (Docs. 37, 38).

Accordingly, this case is **ADMINISTRATIVELY CLOSED**[1] without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case is ordered to file the papers necessary to dismiss this action on or before **THIRTY (60)** days from the docketing of this Order.

It is **FURTHER ORDERED** that the Court **VACATES** the Final Pretrial Conference and Trial settings.

It is so **ORDERED**.

SIGNED this 3rd day of June, 2024.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE

---

[1] *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay[.]").